EMANUEL DREYFUS, RESPONDENT, v. LUTZ COMPANY, APPELLANT.

Submitted October 26, 1928—Decided May 20, 1929.

For the respondent, *Mervin Herzfeld.*

For the appellant, *Kellogg & Chance.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.